Date: 11/29/10

Page: 1

# DIVIDENDS REMITTED TO THE COURT

Check Number 3009 Dated 11/29/10

Case Number 09-14523 - RIVERA, FRANK J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| IRS<br>FRESNO SERVICE CENTER<br>Fresno, CA 93888 | 000002A | 3.92 | 0.02 |
| National Grid<br>300 Erie Boulevard<br>Syracuse, NY 13202 | 000003 | 1,085.87 | 4.73 |
| Remittance Total | | 1,089.79 | 4.75 |

MARC S. EHRLICH, TRUSTEE

*Unclaimed Fled*

REC'D
2010 NOV 30 AM 8:55
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

REC'D & FILED
2010 DEC -1 AM 11:07
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

12/1/10

COURT1

Printed 11/29/10 09:35 AM    Ver: 16.01a